# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Juan Arreola, Individually and On Behalf of Others Similarly Situated<br>Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-3144 |
| DTK Facility Services, LLC and Ryan Bishop, Individually,<br>Defendants. | §<br>§ | JURY DEMANDED |

## NOTICE OF SETTLEMENT

Plaintiff Juan Arreola is pleased to notify the Court that the parties have resolved this matter and hereby gives notice of settlement. Plaintiff asks the Court to enter a 60-day conditional dismissal order to allow the parties to finalize the settlement. The parties will seek approval of the settlement by filing an Agreed Motion for Approval of Settlement with a Proposed Order of Approval after the Parties execute the settlement agreement.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFF JUAN ARREOLA**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2023, I filed this document with the Court using ECF, which will serve all attorneys of record.

                                     */s/ Josef F. Buenker*
                                     Josef F. Buenker