United States District Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN ARREOLA, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03144 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DTK FACILITY | § | |
| SERVICES LLC and | § | |
| RYAN BISHOP, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Juan Arreola has provided notice of settlement of his claims against Defendants DTK Facility Services LLC and Ryan Bishop Dkt 27.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on August 31, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge