United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Juan Arreola, Individually and On Behalf of Others Similarly Situated<br>Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-3144 |
| DTK Facility Services, LLC and Ryan Bishop, Individually,<br>Defendants. | § | JURY DEMANDED |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

The Court, pursuant to the Joint Motion to Approve Settlement and to Dismiss Case with Prejudice, hereby ORDERS as follows:

1.      The settlement presented to the Court for approval by the Parties is approved; and

2.      This cause is dismissed with prejudice, although the Court retains jurisdiction to enforce the settlement of the Parties.

Signed in Houston, Texas on October 4, 2023.


Hon. Charles Eskridge
United States District Judge